RECEIVED
AUG 29 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NORMAN BUTTE, Petitioner | CIVIL ACTION NO. 1:19-CV-487-P |
| VERSUS | JUDGE DEE D. DRELL |
| WILLIAM BARR, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition (Doc. 1) is hereby DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules for the United States District Court for the Western District of Louisiana.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 28th day of AUGUST, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE